UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case. No. 26-mj-4166-DHH |
| | ) | |
| HAI PHAM | ) | |

## DEFENDANT'S MOTION FOR ENTRY OF VOLUNATARY ORDER OF DETENTION
### (Assented To)

Defendant Hai Pham, by and through his undersigned attorney, hereby moves this Court for the entry of a voluntary order of detention without prejudice in the above-captioned case.  As grounds for this request, Mr. Pham states that the government has moved for his pretrial detention, invoking the rebuttable presumption of detention, pursuant to 18 U.S.C. § 3142(e) and (f).  Mr. Pham requires more time to assemble a package of proposed conditions of his potential release to rebut the presumption of detention.

Mr. Pham further advises the Court that he will not be seeking a preliminary hearing and will be filing a signed waiver of such a hearing in advance of the presently scheduled event on Friday, May 22, 2026.

WHEREFORE, for the foregoing reasons, Mr. Pham requests that this Court ALLOW this motion and enter a voluntary order of detention without prejudice to Mr. Pham's right to address the issue of his detention in the future.

**Local Rule 7.1 Certification.**   Counsel for Mr. Pham has conferred with the government, by and through AUSA Danial Bennett, and can report that the government assents to this motion.

1

Respectfully submitted,
HAI PHAM,
Defendant

By:  */s/ Thomas J. O'Connor, Jr.*
Thomas  J.  O'Connor,  Jr.,
Esq. BBO #640433
1 Federal Street, Bldg. 101-3W
Springfield, MA 01105
617-699-3926
tom_oconnor@fd.org

## CERTIFICATE OF SERVICE

I, Thomas J. O'Connor, Jr., Esq., hereby certify that I served a copy of the foregoing motion on the Government by ECF filing on May 20, 2026.

*/s/ Thomas J. O'Connor, Jr.*
Thomas J. O'Connor, Jr., Esq.