AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America<br>v.<br><br>Hai Pham<br>_____<br>Defendant | )<br>)<br>)<br>)  Case No. 26-mj-4166-DHH<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 5/21/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas J. O'Connor Jr., 640473
*Printed name and bar number of defendant's attorney*

**ALLOWED David H. Hennessy U.S.M.J.**
**May 21, 2026**

1 Federal Street, Springfield MA 01105
*Address of defendant's attorney*

tom.oconnor@fd.org
*E-mail address of defendant's attorney*

617-699-3926
*Telephone number of defendant's attorney*

N/A
*FAX number of defendant's attorney*

| Print | Save As... | | Reset |
|---|---|---|---|