AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   26-mj-4166-DHH |
| HAI PHAM | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    HAI PHAM_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date:   **May 5, 2026**_____                              _____
                                                                                    *Issuing officer's signature*

City and state:    Worcester, Massachusetts_____          David H. Hennessy, United States Magistrate Judge
                                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5-5-26_____ , and the person was arrested on *(date)*  5-14-26 at *(city and state)*  _____ . |
| Date:  5-14-26                              *Jamie Vitale*_____ |
|                                              *Arresting officer's signature* |
|                                              Jamie Vitale |
|                                              *Printed name and title* |