UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
26-4166-DHH

UNITED STATES OF AMERICA

v.

HAI PHAM

## MEMORANDUM AND ORDER OF DETENTION

May 21, 2026

Hennessy, M.J.

Defendant Hai Pham is charged by criminal complaint with Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. § 846; and, Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).  Defendant initially appeared in this Court on May 14, 2026, the date of his arrest.  At the initial appearance, the Court appointed counsel to represent Defendant, and the United States moved for detention pursuant to the Bail Reform Act.  The matter was continued to May 22, 2026, for a hearing on detention and probable cause.

Prior to the May 22 hearing, with the assistance of counsel, Defendant moved for entry of a voluntary order of dismissal without prejudice to Defendant's right pursue release.  In addition, counsel submitted a signed waiver of Defendant's right to a preliminary hearing.

Defendant's motion for a voluntary order of detention without prejudice to seek release later is Allowed.  In addition, based on Defendant's signed waiver of the preliminary hearing and

1

his counsel's representation that Defendant wanted to waive the preliminary hearing, I find that the waiver is knowing and voluntary and is accepted by the Court.

Accordingly, it is ORDERED --

(1)     That Defendant shall be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That Defendant shall be afforded a reasonable opportunity for private consultation with counsel; and

(3)     That on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release whether or not there have been changed circumstances.

 / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge

2