UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                    )
        v.                       )    Case. No. 26-mj-4166-DHH
                                    )
HAI PHAM                    )

**DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR SUBMISSION OF UPDATED DETAILED FINANCIAL AFFIDAVIT FOR APPOINTMENT OF COUNSEL**

Defendant Hai Pham, by and through his undersigned attorney, hereby moves this Court for an extension of the deadline set for the submission of additional information the Court sought concerning Mr. Pham's finances from the presently scheduled date of July 1, 2026, to July 17, 2026. As grounds for this request, Mr. Pham states that his counsel will be unable to meet with Mr. Pham in the short term to review the Court's request for clarification and additional information due to a planned absence from the office. Counsel was able to communicate the Court's request for additional information to Mr. Pham, however, and to review by remote means the issues raised by the Court so that Mr. Pham will be able to prepare for filing an updated document addressing the deficiencies in his prior submission identified by the Court. Mr. Pham is seeking this extension to permit him time to provide the requested clarifications and additional information and for his counsel to receive and review Mr. Pham's revisions and potentially meet with Mr. Pham at his place of detention if clarifications are necessary prior to the filing of the updated documents.

WHEREFORE, for the foregoing reasons, Mr. Pham requests that this Court ALLOW this motion and grant an extension for the filing of his corrected/updated detailed financial affidavit as set forth above.

**Local Rule 7.1 Certification.** Counsel for Mr. Pham has not conferred with the

1

government regarding this motion, since AUSA Danial Bennett, who is handling this case, is

presently out of the office and because the matter of appointment of counsel is typically

addressed *ex parte* with financial information being filed under seal.

Respectfully submitted,
HAI PHAM,
Defendant

By:  */s/ Thomas J. O'Connor, Jr.*
Thomas  J.  O'Connor,  Jr.,
Esq. BBO #640433
1 Federal Street, Bldg. 101-3W
Springfield, MA 01105
617-699-3926
tom_oconnor@fd.org

## CERTIFICATE OF SERVICE

I, Thomas J. O'Connor, Jr., Esq., hereby certify that I served a copy of the foregoing
motion on the Government by ECF filing on June 30, 2026.

*/s/ Thomas J. O'Connor, Jr.*
Thomas J. O'Connor, Jr., Esq.

2